In the Matter of JAMES SWAN et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Defendants.

VINCENZO J. GENTILESCO et al., Respondents.

Argued September 11, 1941; decided September 11, 1941.

*George Feinberg* for appellants.

*James B. M. McNally* for respondents.

Order affirmed, without costs. The objectors were necessary parties; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.